UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHRIM BANK,

Plaintiff,

v.

PEARL BAY SEAFOODS, LLC, JOSEPH MARTUSHEV, MIRON I. BASARGIN, ALEXANDER I. KALUGIN, NIKOLAI IGNATIEVICH BASARGIN, and IOASOPH MARTUSHEV, *in personam*; and the Vessel GLACIER BAY, Official Number 600325, *in rem*,

Defendants.

**IN ADMIRALTY**

Case No. ____________________

**VERIFIED COMPLAINT IN ADMIRALTY IN REM AND IN PERSONAM TO FORECLOSE PREFERRED MARINE MORTGAGE**

Plaintiff Northrim Bank, by and through counsel, Lane Powell PC, for its Verified Complaint *in personam* against Defendants Pearl Bay Seafoods, LLC, and *in re*m against the Vessel GLACIER BAY, Official Number 600325, alleges as follows:

## I. PARTIES

1. Plaintiff Northrim Bank ("Northrim" or "Plaintiff") is an Alaska state-chartered bank, and is, in all respects, qualified and entitled to bring this action.

2. At all relevant times hereto, Defendant Pearl Bay Seafoods, LLC ("Pearl Bay" and "Defendant Pearl Bay") is and has been a limited liability company organized under Alaska law, with its principal place of business in Alaska, and is subject to the personal jurisdiction of this Court.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

3. Defendants Joseph Martushev ("Defendant J. Martushev"), Miron I. Basargin, ("Defendant M. Basargin"), Alexander I. Kalugin ("Defendant Kalugin"), Nikolai Ignatievich Basargin ("Defendant N. Basargin"), and Ioasoph Martushev ("Defendant I. Martushev") are individuals who are subject to the personal jurisdiction of this Court (herein each a "Defendant" and with Defendant Pearl Bay collectively referred to as "Defendants").

4. Defendant the Vessel GLACIER BAY, Coast Guard Official Number 600325 (herein the "GLACIER BAY" or "Vessel") is within this district and within the jurisdiction of this Court. The Vessel, at all times material, was and is documented as a vessel of the United States by the United States Coast Guard, National Vessel Documentation Center. Upon information and belief, the Vessel is currently located in or about the Port of Seattle, Washington. The vessel will remain within the State of Washington during the pendency of this action, unless otherwise ordered by this Court.

5. Pearl Bay Seafoods owns 100% of the Vessel.

## II. JURISDICTION AND VENUE

6. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h), and is an action in personam against Defendants and an action in rem against the GLACIER BAY, to enforce a certain preferred marine mortgage, pursuant to Fed. R. Civ. P. Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (SAR) Rule C and Rule E and Local Admiralty Rule (LAR 116). This court has jurisdiction over the suit pursuant to Title 28 U.S.C. § 1333 and Title 46 U.S.C. § 31325(c).

7. Venue is proper in the Western District of Washington because the Vessel GLACIER BAY is located within the District.

## III. STATEMENT OF FACTS

8. On or about June 8, 2020, Defendants as co-borrowers executed and delivered to Northrim a Commercial Promissory Note in the principal amount of $600,000.00 ("Note"), and a Business Loan Agreement ("Loan Agreement") evidencing a business loan made by Plaintiff as lender (herein, the "Loan"), true and complete copies of which are attached hereto respectively as

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Exhibit 1 and Exhibit 2 and are incorporated herein by reference.

9. Pursuant to the Note, Defendants agreed to repay the Loan according to the terms of the Note and the other related loan documents.

10. The interest rate applicable to the Note is a variable rate based on the United States Prime Rate of Interest ("Prime Rate") plus a margin of 2.125 percentage points ("Margin") adjusted as set out in the Note.

11. As security for repayment of the Loan and for performance of all obligations under the related loan documents, Defendant Pearl Bay Seafoods, LLC executed a Preferred Ship Mortgage ("Vessel Mortgage") against the vessel GLACIER BAY Official Number 600325 and all Fishing Rights (as defined therein) in favor of Plaintiff as mortgagee in which the GLACIER BAY and all equipment and personal property installed or located on the vessel, and all Fishing Rights (as defined therein) were pledged as collateral to secure the payment of the Note to Plaintiff. The Vessel Mortgage was duly filed and recorded with the National Vessel Documentation Center, U.S. Coast Guard on June 10, 2020, at 6:50 p.m., in Batch Number 76965800, as Document No. 3, in accordance with the Commercial Instruments and Maritime Liens Act, 46 U.S.C. §§ 31321 - 31330. Attached hereto as Exhibit 3 and incorporated herein are a true and complete copy of the Vessel Mortgage, with a Prior and Subsequent Liens Affidavit and a Limited Liability Company Resolution authorizing the Loan and the granting of the Mortgage.

12. Defendant Pearl Bay Seafoods executed an Agreement to Provide Insurance covering the Vessel ("Insurance Agreement"). A true and complete copy of the Insurance Agreement is attached hereto as Exhibit 4.

13. Defendants are in default on their obligations under Note, the Loan Agreement, and the Insurance Agreement by (a) failure of the Defendants as co-borrowers to make the monthly payments on the Note in the amounts due for November 30, 2022 and each month thereafter; (b) failure of the Defendants to provide Plaintiff with copies of each Defendant's tax return for the years 2000, 2021, and 2022 as required under the Loan Agreement; (c) failure of Defendant Pearl Bay Seafoods, LLC to provide Plaintiff with a year-end balance sheet and profit and loss statement

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

for the years ending December 31, 2021 and December 31, 2022 as agreed under the Loan Agreement; (d) failure of Defendant J. Martushev, Defendant M. Basargin, Defendant Kalugin, Defendant N. Basargin, and Defendant I Martushev to provide copies of their personal financial statements for 2021 and 2022 as required under the Loan Agreement; and (d) failure of Defendant Pearl Bay Seafoods to maintain insurance coverage on the Vessel.

14. The Loan is also in default under the Vessel Mortgage and the Loan Agreement due to Defendant Pearl Bay Seafoods, LLC's failure to keep the Vessel free of maritime lien claims, including a Notice of Claim of Lien asserted by the Port of Seattle in the amount of $36,075.94 dated December 19, 2022 and filed with the Department of Homeland Security, U.S. Coast Guard, National Vessel Documentation Center (the "USCG"), and a claim of Maritime Lien dated April 14, 2023 asserted by Covich-Williams Co. Inc. in the amount of $237,331.93 plus interest.

15. Due to the events of default, the Northrim has accelerated the entire amount owed under the Note and has demanded that the Defendants pay the Loan in full.

16. The amounts owed to Northrim by Defendants jointly and severally under the Note as of July 3, 2023 consist of principal in the amount of $299,601.56, interest accrued in the amount of $22,625.08, late charges in the amount of $10,591.94, and legal fees and expenses paid as of June 15, 2023 in the amount of $24,305.00, for a total amount of $357,123.58, plus interest at a default rate agreed to in the Note of 7.125 percentage points over the Prime Rate pre-judgment and post-judgment (with interest currently accruing at a daily rate of $86.3435051, subject to change with changes in the variable interest rate).

17. Under the Note, Defendants agreed to pay the attorneys' fees and expenses incurred by Plaintiff, as well as any collection expenses and court costs incurred by Plaintiff.

18. Northrim has demanded payment, but Defendants have refused to pay the Note in full.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

## IV. FIRST CAUSE OF ACTION

**Contractual Liability Under the Note**

19. Plaintiff incorporates each and every allegation and claim for relief contained in Paragraphs 1 through 18 above.

20. As of July 3, 2023, Defendants are liable jointly and several to Plaintiff for payment under the Note as follows: principal in the amount of $299,601.56, interest accrued in the amount of $22,625.08, late charges in the amount of $10,591.94, and legal fees and expenses paid as of June 15, 2023 in the amount of $24,305.00, for a total amount of $357,123.58, plus interest at a default rate agreed to in the Note of 7.125 percentage points over the Prime Rate pre-judgment and post-judgment (with interest currently accruing at a daily rate of $86.3435051, subject to change with changes in the variable interest rate), plus costs and legal expenses incurred by Plaintiff.

21. Plaintiff is entitled to judgment against Defendants jointly and severally for the amounts set forth in the preceding paragraph.

## V. SECOND CAUSE OF ACTION

**Vessel Foreclosure and Arrest**

22. Plaintiff incorporates and realleges each of the allegations and claims for relief set forth in paragraphs 1 through 21.

23. Due to the events of default by Defendants under the Note, the Loan Agreement, the Insurance Agreement and the Vessel Mortgage, Plaintiff is entitled to foreclose the Vessel Mortgage against the Vessel GLACIER BAY consistent with SAR C and E, and LAR 116.

24. Consistent with all applicable Federal Rules, Plaintiff will separately file a Verified Motion for Arrest of the GLACIER BAY and Proposed Order for the Court's consideration.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following relief:

1. **Personal Judgment**. Judgment *in personam* jointly and severally, against Defendant Pearl Bay Seafoods, LLC, Defendant Joseph Martushev, Defendant Miron I. Basargin, Defendant Alexander I. Kalugin, Defendant Nikolai Ignatievich Basargin, and Defendant Ioasoph



LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Martushev, under the Note, in the following amounts as of July 3, 2023, 2023: principal in the amount of $299,601.56, interest accrued in the amount of $22,625.08, late charges in the amount of $$10,591.94, and legal fees and expenses paid as of June 15, 2023 in the amount of $24,305.00, for a total amount of $357,123.58, plus interest at a default rate agreed to in the Note of 7.125 percentage points over the Prime Rate pre-judgment and post-judgment (with interest currently accruing at a daily rate of $86.3435051, subject to change with changes in the variable interest rate), plus costs and legal expenses incurred by Plaintiff, plus such sums as Plaintiff may advance or incur to protect its security interest and lien against the Vessel, plus such sums as Plaintiff may incur in this action for court costs, administrative and custodial costs, U.S. Marshal's fees, costs of insuring the Vessel, costs of maintenance and preservation of the Vessel, publication costs, and costs of sale.

2. **Judgment *in Rem* as to the Vessel**. Upon application by Plaintiff, if so made as to the Vessel GLACIER BAY:

(a) That this Court issue process and a warrant for the arrest of the Vessel GLACIER BAY and her appurtenances and equipment in accordance with the practice of this Court in causes of admiralty and maritime jurisdiction, including publication of the Notice of Arrest, and service of the Notice of Arrest upon Defendants, and upon all persons or entities claiming a lien or mortgage upon the Vessel;

(b) That this Court issue an order that all persons and entities claiming any interest or lien junior in priority to that of Plaintiff under the Vessel Mortgage in or against the Vessel GLACIER BAY, including said vessel's equipment, furnishings, and other appurtenances, including Fishing Rights, be summoned to appear and answer to the matters aforesaid, including, but not limited to, Defendants and any other persons or entities claiming an interest, lien or mortgage upon the vessel;

(c) That the Vessel Mortgage in favor of Plaintiff and the obligations secured thereby and the expenditures incurred thereunder by Plaintiff, be declared and adjudged a valid lien upon the Vessel and her engines, equipment, personal property, and appurtenances, including

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Fishing Rights prior and superior to, and entitled to rank ahead of, any and all other mortgages, liens, encumbrances, security interests, and claims of any kind whatsoever, in or to the Vessel GLACIER BAY and her equipment and appurtenances, including Fishing Rights, and in or to the proceeds of sale therefrom;

(d) Judgment in rem against the whole of the Vessel GLACIER BAY together with all of the equipment and furnishings installed or located on the Vessel, including, but not limited to, the mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, engines, pumps, navigation equipment, all appurtenances including Fishing Rights, and all other necessaries thereunto appertaining and belonging, with such judgment to be in the following amounts as of July 3, 2023: principal in the amount of $299,601.56, interest accrued in the amount of $22,625.08, late charges in the amount of $10,591.94, and legal fees and expenses paid as of June 15, 2023 in the amount of $24,305.00, for a total amount of $357,123.58, plus interest at a default rate agreed to in the Note of 7.125 percentage points over the Prime Rate pre-judgment and post-judgment (with interest currently accruing at a daily rate of $86.3435051, subject to change with changes in the variable interest rate), plus costs and legal expenses incurred by Plaintiff, plus such sums as Plaintiff may advance or incur to protect its security interest and lien against the Vessel, plus such sums as Plaintiff may incur in this action for court costs, administrative and custodial costs, U.S. Marshal's fees, costs of insuring the Vessel, costs of maintenance and preservation of the Vessel, publication costs, and costs of sale;

(e) That that the Vessel Mortgage be foreclosed and that the Vessel GLACIER BAY, and her equipment, appurtenances, and any and all items installed on or attached to the Vessel, including Fishing Rights, be condemned and sold by the United States Marshal for this District, or such other person that may be authorized to conduct the foreclosure auction by order of this Court, in accordance with the law and admiralty practice of this Court;

(f) That this Court Order that any and all persons or other entities claiming any interest or lien junior in priority to that of Plaintiff under the Vessel Mortgage in the Vessel GLACIER BAY be forever barred and foreclosed of all rights of equity or redemption or claims

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

in or to the vessel or any part thereof, or any equipment or appurtenances, including Fishing Rights, thereto;

(g) That Plaintiff be granted leave to bid by offset for the Vessel GLACIER BAY and her equipment and appurtenances, including Fishing Rights, at the foreclosure sale without payment of cash, up to the amount of the total indebtedness owed, and attorneys' fees and expenses incurred, under the Note and the Vessel Mortgage;

(h) That the lien of Plaintiff under the Vessel Mortgage be applied to the proceeds of the sale in the Registry of the Court, with the rank and priority of a first position preferred ship mortgage; and

(i) That the proceeds of the foreclosure sale, after deduction of court costs and charges, including the Marshal's costs and charges, those of any substitute custodian, and those of any auctioneer, be distributed first to Plaintiff; and then any surplus be distributed to parties with junior interests in or liens against the Vessel, including, but not limited to, Defendants; and

(j) That Plaintiff have judgment in personam, jointly and severally, against Defendant Pearl Bay Seafoods, LLC, Defendant Joseph Martushev, Defendant Miron I. Basargin, Defendant Alexander I. Kalugin, Defendant Nikolai Ignatievich Basargin, and Defendant Ioasoph, for any deficiency after the application and delivery of the net proceeds of the sale of the Vessel GLACIER BAY.

3. **Fees and Expenses**. That this Court award Plaintiffs all legal costs, attorneys' fees, and expenses against Defendants; and

4. **Other Relief**. That Plaintiff be granted such other and further relief as this Court deems just and equitable.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 12th day of July, 2023.

LANE POWELL PC

By: *_/s/ Katie Smith Matison_*
Katie Smith Matison, WSBA No. 20737

By: *_/s/ Jesse Miles_*
Jesse Miles, WSBA No. 58096
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
matisonk@lanepowell.com
milesj@lanepowell.com
Attorneys for Plaintiff, Northrim Bank

VERIFIED COMPLAINT IN ADMIRALTY IN REM AND IN PERSONAM TO FORECLOSE PREFERRED MARINE MORTGAGE - 9
CASE NO. ___________________
112246.0337/9437970.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**VERIFICATION**

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

I, James Larson, being first duly sworn upon oath or affirm that I am a Vice President of Northrim Bank, Plaintiff in this action, and I am duly authorized to verify the foregoing Complaint. I have read the foregoing Complaint and know that the matters stated therein are true and correct.

By:________________________________
James Larson

SUBSCRIBED AND SWORN TO THIS 11th day of July, 2023.

M. LOZANO
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires: 9.9.2024

________________________________
Notary in and for the State of Alaska
My commission expires: 9/9/2024

VERIFIED COMPLAINT IN ADMIRALTY IN REM AND IN PERSONAM TO FORECLOSE PREFERRED MARINE MORTGAGE - 10
CASE NO. ________________
112246.0337/9437970.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107