HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHRIM BANK,<br><br>                Plaintiff,<br><br>    v.<br><br>PEARL BAY SEAFOODS, LLC, JOSEPH MARTUSHEV, MIRON I. BASARGIN, ALEXANDER I. KALUGIN, NIKOLAI IGNATIEVICH BASARGIN, and IOASOPH MARTUSHEV, *in personam*; and the Vessel GLACIER BAY, Official Number 600325, *in rem*,<br><br>                Defendants. | **IN ADMIRALTY**<br><br>Case No.  2:23-cv-01042-RSM<br><br>**ORDER AUTHORIZING ARREST OF VESSEL GLACIER BAY, OFFICIAL NUMBER 600325** |

ON THIS DAY, THIS CAUSE CAME ON TO BE HEARD upon Plaintiff Northrim Bank's (Northrim) verified Motion and Affidavit For Order Authorizing the Arrest of the Vessel GLACIER BAY, Coast Guard Official No. 600325, her engines, machinery, boats, tackle, apparel, furniture, propellers, bow sprits, masts, ramps, rigging, anchors, cables, chains, capstans, outfit, tackle, tools, pumps and pumping equipment, apparel, furniture, fittings and equipment, spares, spare parts and all other appurtenances to the GLACIER BAY pursuant to Rule C and Rule E of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions (SARs) to the Federal Rules of Civil Procedure and Local Admiralty Rule (LAR) 116, and this Court, upon consideration thereof, FINDS:

**(PROPOSED) ORDER AUTHORIZING ARREST OF VESSEL GLACIER BAY, OFFICIAL NUMBER 600325** - 1
CASE NO. 2:23-cv-01042-RSM
112246.0337/9457909.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

THAT the conditions for an *in rem* action against the vessel GLACIER BAY appear to exist pursuant to SAR Rule C(3)(a)(i).

THAT the GLACIER BAY is currently moored at Fisherman's Terminal at 319 18th Avenue West, Seattle, WA 98119 and accordingly is within the Western District of Washington and jurisdiction of this Court.

THAT Plaintiff Northrim Bank is entitled to seek enforcement of its preferred mortgage maritime lien and foreclosure of the Preferred Ship Mortgage.

THAT Plaintiff Northrim Bank procured insurance on the GLACIER BAY to provide Port Risk and Pollution coverage on the GLACIER BAY to protect the *res,* and that the insurance premiums and costs of the mandatory condition survey to be performed by Thomas Liang required by the marine insurers are deemed *expenses in custodia legis.*

IT IS THEREFORE ORDERED AND ADJUDGED that the arrest of the vessel GLACIER BAY is hereby authorized and that the United States District Court Clerk shall issue a Warrant which shall be delivered to the United States Marshal for service and execution.

IT IS FURTHER ORDERED AND ADJUDGED that the insurance premiums and any marine survey required by the marine insurers to protect the GLACIER BAY are deemed *expenses in custodia legis.*

**(PROPOSED) ORDER AUTHORIZING ARREST OF VESSEL GLACIER BAY, OFFICIAL NUMBER 600325** - 2
CASE NO. 2:23-cv-01042-RSM
112246.0337/9457909.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

SO ORDERED AND ADJUDGED on this 18th day of August, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By:     *s/Katie Smith Matison*
Katie Smith Matison, WSBA No. 20737
Jesse Miles, WSBA No. 58096
matisonk@lanepowell.com
milesj@lanepowell.com

Attorneys for Plaintiff Northrim Bank

(PROPOSED) ORDER AUTHORIZING ARREST OF
VESSEL GLACIER BAY, OFFICIAL NUMBER 600325 - 3
CASE NO. 2:23-cv-01042-RSM
112246.0337/9457909.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107