AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## For the
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHRIM BANK,<br><br>                           Plaintiff,<br><br>v.<br><br>PEARL BAY SEAFOODS, LLC, JOSEPH MARTUSHEV, MIRON I. BASARGIN, ALEXANDER I. KALUGIN, NIKOLAI IGNATIEVICH BASARGIN, and IOASOPH MARTUSHEV, in personam; and the Vessel GLACIER BAY, Official Number 600325, in rem,<br><br>                           Defendants. | IN ADMIRALTY<br><br>Civil Action No.: 2:23-cv-01042 |

## SUMMONS IN A CIVIL ACTION

TO:    Nikolai Ignatievich Basargin
          47182 Basargin Road
          Homer, AK 99603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Katie Smith Matison and Jesse Miles
                                    Lane Powell PC
                     1420 Fifth Avenue, Suite 4200
                          Seattle, WA 98111-9402
                         Telephone: 206.223.7000
                           matisonk@lanepowell.com
                             milesj@lanepowell.com
                      Attorneys for Plaintiff, Northrim Bank

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

                                                                               CLERK OF COURT

Date:   9/1/2023   _____                                   _____
                                                                                                                        *Signature of Clerk or Deputy Clerk*

Case 2:23-cv-01042-KKE Document 28 Filed 09/20/23 Page 2 of 3
Case 2:23-cv-01042-RSM Document 15 Filed 09/01/23 Page 12 of 14
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-01042

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for ~~John McDonald~~ NIKOLAI BASARGIN was received by me on ~~{Click F11 date received}~~ 9/18/2023.

☒ I personally served the summons on the individual at ~~{Click F11 place}~~ 47182 BASARGIN RD., HOMER, AK, on ~~{Click F11 date}~~ 9/19/23 2:20PM ; or

AJK ☒ I left the summons at the individual's residence or usual place of abode with {Click F11 name} , a person of suitable age and discretion who resides there, on {Click F11 date} , and mailed a copy to the individual's last known address; or

☐ I served the summons on {Click F11 name} , who is designated by law to accept service of process on behalf of {Click F11 name of organization} on {Click F11 date} ; or

☐ I returned the summons unexecuted because {Click F11 reason} ; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 9/19/2023

*Server's signature*

ANDY KLAMSER, PROCESS SERVER #5468830
*Printed name and title*

POB 4394, HOMER, AK 99603
*Server's address*

Additional information regarding attempted service, etc.:

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington and the United States that on September 20, 2023, I caused a true and correct copy of the foregoing document to be served on the party and in the manner indicated below:

**Defendants Joseph Martushev and Ioasoph Martushev**

| | | |
|---|---|---|
| Carey M.E. Gephart | ☐ | by U.S. Mail |
| LeGros Buchanan & Paul | ☒ | by Electronic Mail |
| 4025 Delridge Way SW, #500 | ☐ | by Hand Delivery |
| Seattle, WA 98106 | ☐ | by Overnight Delivery |
| cgephart@legros.com | | |

**Intevenor Port of Seattle**

| | | |
|---|---|---|
| Charles Jordan | ☐ | by U.S. Mail |
| Michelle Buhler | ☒ | by Electronic Mail |
| Harrigan Leyh Farmer & Thomsen LLP | ☐ | by Hand Delivery |
| 999 Third Avenue, Suite 4400 | ☐ | by Overnight Delivery |
| Seattle, WA 98104 | | |
| chipj@harriganleyh.com | | |
| michelleb@harriganleyh.com | | |

DATED this September 20, 2023, at Seattle, Washington.

*s/Terri L. Zimmerman*
Terri L. Zimmerman
Legal Assistant

052821.0024/9514439.1