UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHRIM BANK,<br><br>       Plaintiff,<br><br>  v.<br><br>PEARL BAY SEAFOODS, LLC, JOSEPH MARTUSHEV, MIRON I. BASARGIN, ALEXANDER I. KALUGIN, NIKOLAI IONATIEVICH BASARGIN, and IOASOPH MARTUSHEV, *in personam*; and the Vessel GLACIER BAY, Official Number 600325, *in rem*,<br><br>       Defendants. | Case No. C23-1042-RSM<br><br>ORDER GRANTING PORT OF SEATTLE'S VERIFIED MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24 |

  This matter comes before the Court on the Port of Seattle (the "Port")'s Verified Motion to Intervene Pursuant to Fed. R. Civ. P. 24. Dkt. #23.

  The Port asserts that it is a holder of a maritime lien asserting *in rem claims* against the vessel GLACIER BAY, Official Number 600325 ("Glacier Bay"), and *in personam* claims against Pearl Bay Seafoods, LLC. Dkt. #23 at 1–3. Accordingly, the Port seeks to intervene pursuant to Federal Rule of Civil Procedure 24(a) and Local Admiralty Rule 131(a)–(b). *Id.* The Port's Motion stands unopposed as neither Plaintiff Northrim Bank nor Defendants have responded to the Motion. *See* Local Rules W.D. Wash. LAR 131(b) ("[E]very other party that

ORDER - 1

has appeared in the action ... may object to the intervention by serving and filing a motion to vacate within fourteen days after receipt of the motion and the complaint in intervention.") The Port "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede [its] ability to protect its interest." Fed. R. Civ. P. 24(a). Furthermore, no "existing parties adequately represent" the Port's interest. *Id.* Accordingly, the court GRANTS the Port's Motion to Intervene (Dkt. #23). Intervener Port of Seattle is hereby directed to file the Verified Complaint (Dkt. #23-1).

DATED this 4th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2