THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHRIM BANK<br><br>                Plaintiffs,<br>  v.<br><br>PEARL BAY SEAFOODS, LLC, JOSEPH MARTUSHEV, MIRON I BASARGIN, ALEXANDER I. KALUGIN, NIKOLAI IGNATIEVICH BASARGIN, and IOASOPH MARTUSHEV, *in personam*; and the Vessel GLACIER BAY, Official Number 600325, *in rem*,<br>                Defendants.<br><br>PORT OF SEATTLE,<br><br>                Intervenor-Plaintiff<br>  v.<br><br>PEARL BAY SEAFOODS, LLC, and GLACIER BAY, Official Number 600325, in rem,<br><br>                Complaint in Intervention Defendants | **IN ADMIRALTY**<br><br>Case No. 2:23-cv-01042-RSM<br><br>**ORDER GRANTING MOTION TO RELEASE THE VESSEL GLACIER BAY FROM ARREST AND SUPPLEMENT FINAL ACCOUNTING; DISMISSING CLAIMS AGAINST IOASOPH MARTUSHEV AND JOSEPH MARTUSHEV WITH PREJUDICE AND RELEASING SECURITY** |

{30010-01081240;1}
ORDER - Case No. 2:23-cv-01042-RSM
Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

THIS MATTER CAME BEFORE THIS COURT on Plaintiff's Motion Seeking Release of the vessel GLACIER BAY, Official Number 600325 from arrest by the United States Marshal and the custody of the substitute custodian, Marine Lenders, and approval of the Supplemental Final Accounting (the "Motion") concerning the judicial sale of the GLACIER BAY, the Non-Opposition of Interventor-Plaintiff the Port of Seattle, and the Stipulation of Plaintiff and Defendants Joseph Martushev and Ioasoph Martushev filed September 18, 2024, upon consideration of the Motion FINDS:

THAT pursuant to this Court's Order of March 6, 2024 (Dkt. #67) the GLACIER BAY, Coast Guard Official Number 600325 ("GLACIER BAY") was sold by the United States Marshal on May 29, 2020 at a judicial sale (Dkt. #70) to Plaintiff Northrim Bank ("Northrim") for a Credit Bid in the amount of $ 641,404.40.

THAT on June 3, 2024, Northrim filed an Accounting with this Court (Dkts. #71, #72, #73) of the attorneys' fees and other expenses in custodia legis.

THAT the Northrim Accounting contained in this Motion requests that the Court approve certain supplementations to the final accounting previously filed to address expenses incurred *in custodia legis* between the date of sale and the date the Bill of Sale and Marshal's Final Exact Accounting was final on August 27, 2024.

THAT this Court hereby approves of the supplementation to the Final Accounting, Dkt. #71, and adjusts Plaintiff Northrim Bank's Preferred Ship Lien to $694,498.59.

THAT all claims asserted or assertable by Plaintiff against Defendants Joseph Martushev and Ioasoph Martushev are dismissed with prejudice, without award of fees or costs to either party.

{30010-01081240;1}
ORDER - Case No. 2:23-cv-01042-RSM
Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

THAT Plaintiff Northrim Bank releases any assignment, and claims against, the Life Insurance Policies dated June 8, 2020, that are identified as security in the Commercial Promissory Note (Dkt. # 53-2) at pp. 3 & 43.

IT IS THEREFORE ORDERED AND ADJUDGED that the GLACIER BAY, Coast Guard Official Number 600325, which was sold by a judicial sale conducted by the U.S. Marshal on May 29, 2024 to Northrim Bank on a credit bid of $641,404.04 shall be and is hereby immediately released from arrest and the custody of the U.S. Marshal and the substitute custodian, Marine Lenders.

IT IS FURTHER ORDERED AND ADJUDGED that any and all liens that may have existed before the judicial sale on May 29, 2024 are hereby fully and finally extinguished consistent with Title 46 U.S.C. § 31326(a) and that full clean and marketable title in the GLACIER BAY is hereby vested in Northrim Bank.

IT IS FURTHER ORDERED AND ADJUDGED THAT Northrim's Supplemental Final Accounting is approved in the amount of $694,498.59.

IT IS FURTHER ORDERED AND ADJUDGED THAT all claims asserted, or assertable, by Northrim against Defendants Ioasoph Martushev and Jospeh Martushev are dismissed with prejudice and without fees or costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the assignment of the Life Insurance Policies dated June 8, 2020 that are identified as security in the Commercial Promissory Note (Dkt. #53-2) at pp. 3 & 42 is hereby extinguished and released and no action shall be taken by Northrim on or against said Life Insurance Policies.

//

//

{30010-01081240;1}
ORDER - Case No. 2:23-cv-01042-RSM
Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 24th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC
*s/Katie Smith Matison*
Katie Smith Matison, WSBA No. 20737
Daniel Miller, WSBA No. 56810
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
matisonk@lanepowell.com
millerd@lanepowell.com
Attorneys for Plaintiff Northrim Bank

*/s/ Carey M.E. Gephart*
CAREY M.E. GEPHART, WSBA #37106
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:        cgephart@legros.com
Attorney for Defendants Joseph Martushev
And Ioasoph Martushev

{30010-01081240;1}
ORDER - Case No. 2:23-cv-01042-RSM
Page 4

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on September 18, 2024, I caused to be served a true and correct copy of the foregoing document to be delivered via the Court's ECF System, on all counsel of record unless otherwise indicated below:

> Katie Smith Matison, WSBA No. 20737
> Jesse Miles, WSBA No. 58096
> Daniel R. Miller, WSBA No. 56810
> 1420 Fifth Avenue, Suite 4200
> P.O. Box 91302
> Seattle, Washington 98111-9402
> Telephone: 206.223.7000
> matisonk@lanepowell.com
> milesj@lanepowell.com
> *Attorneys for Plaintiff, Northrim Bank*
>
> Michelle Buhler, WSBA No. 16235
> Charles S. Jordan, WSBA No. 19206
> HARRIGAN LEYH FARMER & THOMSEN LLP
> 999 THIRD AVENUE, SUITE 4400
> SEATTLE, WA 98104
> Telephone: 206-623-1700
> Fax: 206-623-8717
> michelleb@harriganleyh.com
> chipj@harriganleyh.com
> *Attorneys for Intervenor Plaintiff, Port of Seattle*

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 18th day of September 2024.

> *s/ Sheila Baskins*
> Sheila Baskins, Legal Assistant
> Signed at Seattle, Washington

{30010-01081240;1}
ORDER - Case No. 2:23-cv-01042-RSM
Page 5

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990