UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHRIM BANK,<br><br>                        Plaintiff,<br><br>   v.<br><br>PEARL BAY SEAFOODS, LLC, JOSEPH MARTUSHEV, MIRON I. BASARGIN, ALEXANDER I. KALUGIN, NIKOLAI IGNATIEVICH, AND IOASOPH MARTUSHEV, *in personam*; and the Vessel GLACIER BAY, Official Number 600325, in rem,<br><br>                        Defendants. | Case No. 2:23-cv-01042-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS |
| PORT OF SEATTLE,<br><br>                        Intervenor-Plaintiff,<br><br>   v.<br><br>PEARL BAY SEAFOODS, LLC, and GLACIER BAY, Official Number 600325, in rem,<br><br>                        Complaint in<br>                        Intervention Defendants. | |

This matter comes before the Court on Plaintiff Northrim Bank's Motion to Voluntarily Dismiss Defendants. Dkt. #87. On March 6, 2024, the Court granted Summary Judgment to

Plaintiff, allowing for the subsequent sale, release, and dismissal of the vessel Glacier Bay. Dkt. #68 and #84. All claims against Defendants Ioasoph Martushev and Joseph Martushev have been dismissed, as well as Intervenor-Plaintiff Port of Seattle's claims. Dkts. #84 and #86. The remaining defendants are in default and have never appeared in this action. *See* Dkts. #40-#43. Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(a)(2), Plaintiff moves to dismiss the remaining defendants and conclude this action. Dkt. #87 at 4.

Having reviewed Plaintiff's Motion and the remainder of the record, the Court finds and ORDERS that Plaintiff's Motion to Voluntarily Dismiss Defendants, Dkt. #87, is GRANTED. Accordingly, this case is CLOSED.

DATED this 15th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE